883 A.2d 1052

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
FRANCISCO ALBERT CASTRO, DEFENDANT.

September 12, 2005.

This matter having been duly considered and the Court having determined that the motion for leave to appeal was improvidently granted; it is

ORDERED that the Order granting the motion for leave to appeal (185 *N.J.* 34, 878 *A.*2d 851) filed July 22, 2005, is hereby vacated.

883 A.2d 1053

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. ROSALINDA MOLINA, DEFENDANT.

September 12, 2005.

This matter having been duly considered and the Court having determined that the motion for leave to appeal was improvidently granted; it is

ORDERED that the Order granting the motion for leave to appeal (185 *N.J.* 33, 878 *A.*2d 850) filed July 22, 2005, is hereby vacated.